# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WHITNEY BRYANT,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO. 17-1532** |
| **MONARCH RECOVERY** : | |
| **MANAGEMENT, INC.,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this _8th____ day of December, 2017, upon consideration of Plaintiff's Notice of Dismissal with Prejudice (Doc. 16), **IT IS HEREBY ORDERED AND DECREED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**.

**BY THE COURT**:

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**